FILED          ENTERED
_____ LOGGED _____ RECEIVED

AUG 1 1 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDRE RICARDO MOORE
WRONGFULLY TERMINATION

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

RAMSTEIN AIR BASE
MWR, GEO

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**   JFM 17 CV2296

Case No. 9N001 4007

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☐ No
                *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                _ANDRÉ RICARDO MOORE_

Street Address      _LOCHER WEG 19_

City and County     _SCHMALENBERG, GERMANY_

State and Zip Code  _67718_

Telephone Number    _011 49 6307 7671_

E-mail Address      _MLANDRESIR@YAHOO.COM_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                _U.S. AIR FORCE MWR_

Job or Title
(if known)

Street Address

City and County     _RAMSTEIN AIR BASE_

State and Zip Code  _09009_

Telephone Number

E-mail Address
(if known)

2

Defendant No. 2

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name  RAMSTEIN AIR BASE GERMANY

Street Address _____

City and County  GERMANY

State and Zip Code  09009

Telephone Number _____

3

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

         ☐    Failure to hire me.

         ☑    Termination of my employment.

         ☐    Failure to promote me.

         ☐    Failure to accommodate my disability.

         ☐    Unequal terms and conditions of my employment.

         ☑    Retaliation.

         ☐    Other acts *(specify)*: _____

         *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

         *14 July 2014* _____

C.      I believe that defendant(s) *(check one)*:

         ☑    is/are still committing these acts against me.

         ☐    is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

         ☑    race _____

         ☑    color _____

         ☐    gender/sex _____

         ☐    religion _____

         ☐    national origin _____

         ☑    age. My year of birth is *16 05 1957*. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

         ☐    disability or perceived disability *(specify disability)*

         _____

E.      The facts of my case are as follows.  Attach additional pages if needed.

I WAS FULL TIME IN 1992 AND WAS NOT
PAID COLA AT THE TIME AND IN 2008 I
AND OTHERS WAS BACKED PAID MINUS
7 YEARS BECAUSE OF STATUS OF LIMIT
ATION 2

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.      The Equal Employment Opportunity Commission *(check one)*:

☒       has not issued a Notice of Right to Sue letter.

☐       issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒       60 days or more have elapsed.

☐       less than 60 days have elapsed.

6

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

LOSS OF SOCIAL SECURITY, 401K, TAXES
COLA, SAVING LOSS, CREDIT RECORD DAMAGE
LOSS OF RESERVE MILITARY PAY DUE TO BAN
TO ENTER BASE'S LOTS OF RETIREMENT
POINTS

7

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 28, 07, 2017

Signature of Plaintiff     *Andre R Moore*

Printed Name of Plaintiff   ANDRE R. MOORE

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____

Printed Name of Attorney   _____

Bar Number          _____

Name of Law Firm      _____

Address           _____

Telephone Number     _____

E-mail Address       _____

8

## About These Forms

1.   **In General.** This and the other forms available from.uscourts.gov websites illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2.   **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3.   **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4.   **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5.   **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6.   **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7.   **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

|  |  |  |
|---|---|---|
| ANDRE R. MOORE, | ) | |
| | ) | |
| Complainant, | ) | EEOC CASE NO. 570-2015-00748X |
| | ) | |
| v. | ) | |
| | ) | AGENCY CASE NO. 9N0D14007 |
| DEBORAH LEE JAMES, SECRETARY, | ) | |
| DEPARTMENT OF THE AIR FORCE | ) | |
| | ) | DATE: December 14, 2016 |
| Agency. | ) | |
| | ) | |

**COMPLAINANT'S RESPONSE TO AGENCY'S REQUEST OF
INTEROGATORIES**

**INTERROGATORIES**

1.   Identify each and every person, not including any legal representative, who assisted or provided information to you in drafting your responses to these requests. Include name, position, work address, and work telephone number. **Leonard Miller 43 Haupt Str. 66919 Hermersberg Germany, from: 704-786-4572, in Germany 0170-709-5464.**

2.   Provide the name, position, work address, and work telephone number of each witness, including each expert witness (if any), whom you intend to call at the hearing or deposition in this matter. **Complainant have no witnesses at this time.**